IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> Shaquiel Anthony Mendez, ) <br> ) <br> Defendant. ) | Case No. 3:23-cr-45-3 <br><br> **ORDER** |

Defendant Shaquiel Anthony Mendez moves for issuance of a Writ of Habeas Corpus Ad Testificandum for Daniel Saydee Cisse, who is in Bureau of Prisons custody at FCI Pollock, Pollock, Louisiana. Mendez states Cisse is needed to testify at Mendez's trial on December 12, 2024, at 8:30 a.m., at the Quentin N. Burdick United States Courthouse in Fargo, North Dakota

Mendez's application is **GRANTED**, and the above-named custodian, as well as the United States Marshal for this District, or any other duly-sworn federal officer or agent, are hereby **ORDERED** to produce Cisse on December 12, 2024, at 8:30 a.m., and to **RETAIN** Cisse for all further proceedings as ordered by the Court, after which Cisse shall be **RETURNED** to the original custodian.

Dated this 2nd day of December, 2024.

*/s/ Alice R. Senechal*
Alice R. Senechal
United States Magistrate Judge