# IN US DISTRICT COURT

## FOR THE DISTRICT OF NORTH DAKOTA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiffs, )<br>vs. )<br><br>SHAQUIEL ANTHONY MENDEZ, )<br><br>Defendant. )<br>) | Case No.: 3:23-cr-45 <br><br> **MOTION FOR CONTINUANCE SENTENCING HEARING** |

**[¶ 1]**    This matter comes before the Court on a Motion to Continue the Sentencing Hearing in the above captioned case. Sentencing is currently scheduled for Monday April 21, 2025, at 9:00 a.m.

**[¶ 2]**    Defense has spoken to the Government. The Government does not object to this continuance. Moreover, the parties agree this continuance is appropriate to provide the necessary amount of time to prepare for sentencing.

Dated this Thursday, April 17, 2025.

**SAMUEL A. GERESZEK** (Bar ID # **07040**)
Gereszek Law Office P.L.L.C.
311 S. 4th St., Suite 110
Grand Forks, ND 58201
Telephone: (701) 780-9276
Eservice: eserve@gereszek.law
ATTORNEY FOR DEFENDANT